UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:06CR250/9** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **LUIS ALBERTO SANCHEZ HERNANDEZ** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein as to the captioned Defendant only.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and indictment as it relates only to Luis Alberto Sanchez Hernandez is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to the United States Attorney's Office, defense counsel, the United States Probation Office and the United States Marshal's Office.

Signed: November 29, 2007

Lacy H. Thornburg
United States District Judge